# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. Nelida Morales                                              Docket No. 3:02CR000307(AWT)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW,** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Nelida Morales who was sentenced to 48 months' imprisonment followed by three years' supervised release for a violation of 18 U.S.C. §§ 2113(a) and 2, Bank Robbery, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court in Hartford, Connecticut on July 14, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the U.S. Probation Office, which may include random testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, as approved by the U.S. Probation Office; 2) The defendant shall participate in a mental health treatment program either inpatient or outpatient, as approved by the U.S. Probation Office, which may include random testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, as approved by the U.S. Probation Office; 3) The defendant shall timely pay all installments due under the restitution at a rate of $50 per month; 4) The defendant is prohibited from incurring any credit charges, or opening up any lines of credit without the prior approval of the U.S. Probation Office; 5) The defendant shall authorize the release to the U.S. Probation Office of any and all of her financial information forms, or by any other appropriate means requested by the probation office; 6) The defendant shall participate in educational and/or vocational training, approved by the U.S. Probation Office; and, 7) The defendant will perform 300 hours of community service, approved by the U.S. Probation Office, at the rate of 100 per year.

Ms. Morales began supervision on May 30, 2007 and is scheduled to terminate on May 29, 2010.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Special Condition: "The defendant shall participate in a mental health treatment program either inpatient or outpatient, as approved by the U.S. Probation Office. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, as approved by the U.S. Probation Office."** On November 27, 2007, Ms. Morales reported to the U.S. Probation Office for a routine office visit. At the conclusion of the visit, Ms. Morales revealed two serious scar wounds on her neck which were the result of Ms. Morales' attempted suicide one week prior. A representative from The Connecticut Department of Mental Health and Addiction Services was immediately contacted and Ms. Morales was admitted to St. Francis Hospital later that evening. She is currently at St. Francis-Mt. Sinai awaiting discharge planning. It appears that Ms. Morales is a danger to herself and possibly others at this time in that when she was released from this same hospital in October 2007, she failed to attend her treatment services at Capitol Region Mental Health Services. She has therefore, been non-compliant with respect to her mental health condition.

Continued on page 2

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant to issue with the period of supervision tolled, bringing the defendant before the Court to show cause why her supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 6th day of December 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

_____
Charmaine R. Harkins
United States Probation Officer

Place __Hartford, Connecticut__

Date __12/7/07__

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 6th day of December 2007 at Hartford, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge

Continuation of Violation Charges:

**<u>Charge No. 2</u>: "<u>Mandatory Condition: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.</u>"** On November 14, 2007, Ms. Morales tested positive for cocaine and marijuana.