UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PROBATION OFFICE

UNITED STATES OF AMERICA

V.   CRIMINAL NO: 3:02CR00307(AWT)

NELIDA MORALES

ORDER VACATING WARRANT

Whereas a Warrant was issued on December 6, 2007, charging violation of supervised release, now it seems that the best interest of justice would be served by withdrawal of said Warrant as noted on Probation Form 12, and

IT IS HEREBY ORDERED that said Warrant be vacated.

Signed and dated at Hartford, Connecticut, this ___13th___ day of December 2007.

The Honorable Alvin W. Thompson
U.S. District Judge