UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 3:02CR000307(AWT) |
| NELIDA MORALES : | |

## ORDER CONTINUING SUPERVISED RELEASE AND REMOVING SPECIAL CONDITION

The above-named defendant was sentenced on July 14, 2003, following her conviction on a violation of 18 U.S.C. § 2113(a), and 2, Bank Robbery, to 48 months' imprisonment followed by three years' supervised release.

On December 13, 2007, this court scheduled a Violation Hearing to determine whether the defendant's supervised release should be revoked based on allegations by the probation officer that the defendant had violated the conditions of supervision.

On December 20, 2007, the defendant appeared with counsel for a Violation Hearing. On that date, the defendant was continued on supervised release with the same conditions and terms originally imposed by the Court except that the following special condition was removed:

1) The defendant shall be required to perform 300 hours of community service at a rate of 100 hours per year.

It is so ordered.

Dated this 26th day of December 2007, at Hartford, Connecticut.

Alvin W. Thompson
United States District Judge