# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

U.S.A. vs. NELIDA MORALES                                    Docket No. 3:02CR000307(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

      **COMES NOW,** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Nelida Morales who was sentenced to 48 months' imprisonment for a violation of 18 U.S.C. §§ 2113(a) & 2, Bank Robbery, by the Honorable Alvin W. Thompson, United States Judge, sitting in the court at Hartford, Connecticut on July 14, 2003, who fixed the period of supervision at 3 years' which commenced on May 30, 2007 and imposed the general terms and conditions theretofore adopted by the Court: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the U.S. Probation Office, which may include random testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, as approved by the U.S. Probation Office;

Continued on page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Standard Condition - "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician."** Ms. Morales tested positive for opiates and cocaine on March 7, 12, 19, 25, 27 and April 12, 2008.

Continued on page 2

      **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Nelida Morales to appear before the Court at Hartford, Connecticut on the 10th of ~~May~~ June at 9 a.m. to show cause why her supervision should not be revoked.

**ORDER OF COURT**                                           Sworn to By

Considered and ordered this 7th day of May 2008             _____
and ordered filed and made a part of the records in             Charmaine R. Harkins
the above case.                                                 United States Probation Officer

/s/ Alvin W. Thompson, USDJ                                 Place Hartford, Connecticut
The Honorable Alvin W. Thompson
United States District Judge                                Date May 7, 2008

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 7th day of May 2008 at Hartford, Connecticut, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief

/s/ Alvin W. Thompson, USDJ
The Honorable Alvin W. Thompson
United States District Judge

Continued

2) The defendant shall participate in a mental health treatment program either inpatient or outpatient, as approved by the U.S. Probation Office, which may include random testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, as approved by the U.S. Probation Office; 3) The defendant shall timely pay all installments due under the restitution at a rate of $50 per month; 4) The defendant is prohibited from incurring any credit charges, or opening up any lines of credit without the prior approval of the U.S. Probation Office; 5) The defendant shall authorize the release to the U.S. Probation Office of any and all of her financial information forms, or by any other appropriate means requested by the probation office; 6) The defendant shall participate in educational and/or vocational training, approved by the U.S. Probation Office; and, 7) The defendant will perform 300 hours of community service, approved by the U.S. Probation Office, at the rate of 100 per year.

Ms. Morales' supervision is scheduled to terminate on May 29, 2010.

Continued

**Standard Condition - "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered."** Based upon positive urine tests, Ms. Morales has been congregating in areas where illegal substances are distributed.

**Standard Condition - "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony."** According to her counselor at The Hartford Dispensary, Ms. Morales and an associate have obtained drugs and taken them together.

**Standard Condition - "The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the U.S. Probation Office, which may include random testing to determine if the defendant has used drugs or alcohol."** On April 21, 2008, Ms. Morales was referred to the ADRC inpatient treatment facility by the Probation Office. She failed to report to that facility as instructed on May 1, 2008.

**Standard Condition - "The defendant shall report to the probation office as directed by the Court or probation officer and shall submit a truthful and complete report within the first five days of each month."** Ms. Morales was instructed to report to the probation office on May 1, 2008 and failed to report as instructed.